**Order entered September 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00621-CR

### CHASE RUNNELS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-39674-Q**

## ORDER

Before the Court is appellant's September 6, 2019 second motion to extend the time to file appellant's brief. Appellant has tendered his brief. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE